UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mahad Hussein Adbullahi,                                         Civil No. 13-1280 (JNE/JSM)

      Petitioner,

v.                                                                                    ORDER

U.S. Department of Homeland Security, I.C.E.,

      Respondent.

This case is before the Court on a Report and Recommendation issued by the Honorable Janie S. Mayeron, United States Magistrate Judge, on March 3, 2014. The magistrate judge recommended that this matter be dismissed without prejudice as moot. Petitioner did not object. The Court has reviewed the record and adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. This case is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 20, 2014

                                                    s/Joan N. Ericksen
                                                    JOAN N. ERICKSEN
                                                    United States District Judge